1  Hon. Daniel M. Hanlon
   JAMS Inc.
2  Two Embarcadero Center, Suite 1100
   San Francisco, California 94111
3  (415) 774-2649
   (415) 982-5267 (fax)
4  SPECIAL MASTER

5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11 | CITY AND COUNTY OF SAN FRANCISCO, a ) Case No. C 02 5286
   | municipal corporation and a political subdivision
12 | of the State of California and DENNIS J.     )
   | HERRERA, City Attorney for San Francisco, on )
13 | behalf of the PEOPLE OF THE STATE OF         ) **ORDER FOR ADOPTION OF**
   | CALIFORNIA,                                  ) **DISCOVERY PLAN**
14 |                                              )
15 |         Plaintiffs,                          )
                                                  )
16 |    vs.                                       )
                                                  )
17 | TUTOR-SALIBA CORPORATION; a California )
   | corporation; TUTOR-SALIBA PERINI &           )
18 | BUCKLEY, J.V., a California joint venture;
   | PERINI CORPORATION, a Massachusetts          )
19 | corporation; BUCKLEY & COMPANY INC., a
   | Pennsylvania corporation; AMERICAN HOME      )
20 | INSURANCE COMPANY, a New York
   | corporation; FIDELITY AND DEPOSIT            )
21 | COMPANY OF MARYLAND, a Maryland
   | corporation; SWISS REINSURANCE               )
22 | AMERICA CORPORATION, a New York
   | corporation; and THE AETNA CASUALTY          )
23 | AND SURETY COMPANY, a Connecticut            )
   | corporation, RONALD TUTOR, an individual.    )
24 |                                              )
   |         Defendants.                          )
25 

26       Whereas on July 7, 2005, the Special Master held a telephone conference with the

27 parties whereas the Special Master has found and the parties agree in the interest of justice for

28                                    - 1 -
   ORDER FOR ADOPTION OF DISCOVERY PLAN

the orderly preparation of the case, the ascertainment of discoverable information from all the parties, to narrow the issues and to prepare for the trial, that a comprehensive discovery plan be adopted,

IT IS HEREBY ORDERED that each of the parties shall submit a discovery plan to the Special Master under the following briefing order:

a. Counsel for each party shall submit to the Special Master a proposed discovery plan by the close of business on July 22, 2005;

b. Counsel for all parties shall meet and confer on the proposed plans between July 25, 2005 and August 5, 2005 to resolve as many issues as is reasonably possible.

c. Counsel for each party shall submit to the Special Master a reply to the proposed discovery plan(s) by the close of business on August 15, 2005. The Surety Defendants shall submit their reply by the close of business August 16, 2005. A hearing shall be set by the Special Masters' office.

IT IS SO ORDERD.

Dated: July 8, 2005

*[signature]*
Hon. Daniel M. Hanlon (Ret.)
Special Master

ORDER FOR ADOPTION OF DISCOVERY PLAN

- 2 -