1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6                                 OAKLAND DIVISION

7

8   | CITY AND COUNTY OF SAN | **Case No. C 02 5286 CW (EMC)** |

CITY AND COUNTY OF SAN
FRANCISCO, a municipal corporation and
a political subdivision of the State of
California and DENNIS J. HERRERA,
City Attorney for San Francisco, on behalf
of the PEOPLE OF THE STATE OF
CALIFORNIA

                    Plaintiffs,

v.

TUTOR-SALIBA CORPORATION; a
California corporation; TUTOR-SALIBA
PERINI & BUCKLEY, J.V., a California
joint venture; PERINI CORPORATION, a
Massachusetts corporation; BUCKLEY &
COMPANY INC., a Pennsylvania
corporation; AMERICAN HOME
INSURANCE COMPANY; et al,

                    Defendants.

**Case No. C 02 5286 CW (EMC)**

[Complaint filed 11/1/2002;
First Amended Complt. filed 1/30/2003;
Second Amended Complt. filed 7/2/03;
Third Amended Complt. filed 6/19/04]

**ORDER RE CONTINUANCE  OF CASE
MANAGEMENT CONFERENCE**

Original Hearing Date:      September 9, 2005
Continued Hearing Date:    September 23, 2005
Time:                                1:30 PM
Courtroom 2 – Hon. Claudia Wilken

Trial Date : None Set

This Court having reviewed the Stipulation of the Parties requesting a continuance of the Case Management Conference from September 9, 2005 to September 23, 2005, hereby grants the request and Orders that the CMC commence on September 23, 2005 at 1:30 PM before this Court.

IT IS SO ORDERED.

Dated:_____8/24_____, 2005        **/S/ CLAUDIA WILKEN**

                                                           By: _____
                                                                  HON. CLAUDIA WILKEN
                                                                  United States District Judge