UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>TUTOR-SALIBA CORPORATION, *et al.*,<br><br>  Defendants.<br>_____/ | No. C-02-5286 CW (EMC)<br><br>**ORDER RE SPECIAL MASTER'S RECOMMENDATION RE DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS**<br>**(Docket No. 471)** |

On August 11, 2005, the Special Master in this case, Justice Hanlon, issued a recommendation for an order granting and denying the Tutor Defendants' motion to compel and for sanctions. *See* Docket No. 717 (recommendation, filed on 8/11/05).  Neither party filed an objection to the recommendation. *See* Docket No. 374 (order, filed on 9/7/04) (allowing a party to file an objection to a ruling of the special master within ten days from the time the ruling is served).

The Court has reviewed the recommendation de novo; finds it correct, well reasoned, and thorough; and adopts it in every respect.  Accordingly, the Court hereby GRANTS in part and DENIES in part the Tutor Defendants' motion to compel and for sanctions.

///

///

///

///

///

1     In the future, the Court notes that Justice Hanlon's rulings on discovery, unless addressing a potentially dispositive matter (*e.g.*, preclusion sanctions) should be considered orders instead of recommendations.  Thus, in this instance, although the Court has issued this order on the motion to compel and for sanctions, Justice Hanlon's "recommendation" should have properly been considered an order (subject to "appeal" to this Court).

    This order disposes of Docket No. 471.

    IT IS SO ORDERED.

Dated:  August 26, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California