C-02-5286-CW    C&C of San Francisco, et al  v. Tutor-Saliba Corporation, et al

Document  removed per order, docket #747.