DOUGLAS R. YOUNG, State Bar #073248
ALAN E. HARRIS, State Bar #046401
KAREN KIMMEY, State Bar # 173284
STEPHANIE POWERS SKAFF, State Bar #183119
ANDREW INGERSOLL, State Bar #221348
VICTORIA GRAND, State Bar #228532
Farella Braun + Martel LLP
Russ Building, 22nd Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone:  (415) 954-4495
Facsimile:   (415) 954-4480
E-Mail:      sskaff@fbm.com

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
OWEN CLEMENTS, State Bar #141805
KRISTINE A. POPLAWSKI, State Bar #160758
RAFAL OFIERSKI, State Bar #194798
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3859
Facsimile:       (415) 554-3837
E-Mail:           gayle.gribble@sfgov.org

Attorneys for Plaintiffs
DENNIS J. HERRERA and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and a political subdivision of the State of California, et al.,<br><br>              Plaintiffs,<br>     vs.<br><br>TUTOR-SALIBA CORPORATION; a California corporation; et al.<br><br>              Defendants. | Case No. C02 5286 CW (EMC)<br><br>**STIPULATION AND ORDER SELECTING AN ADR PROCESS** |

The parties hereby stipulate to participate in non-binding mediation before a jointly-

STIPULATION AND PROPOSED ORDER
SELECTING ADR PROCESS

17355\828826.1

selected private mediator. The parties agree to commence mediation within the next 90 to 120 days before private counsel, Mr. Randy Wulff, Esq. The parties further agree that if Mr. Wulff is not available during this period, they will reach agreement on the selection of or selection process for another neutral mediator before whom the parties will commence mediation.

DATED: September 13, 2005       FARELLA BRAUN & MARTEL LLP

By: /s/
    Stephanie P. Skaff

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Concurrence in filing this document was obtained from the signatories named below, in compliance with General Order No. 45, Section X.

DATED: September 13, 2005       DENNIS J. HERRERA
City Attorney
THERESE M. STEWART
Chief Deputy City Attorney
JOANNE HOEPER
Chief Trial Deputy
KRISTINE POPLAWSKI

By: /s/
    Therese M. Stewart
    Deputy City Attorney

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
DENNIS J. HERRERA

DATED: September 13, 2005       CASTLE & ASSOCIATES

By: /s/
David C. Romyn

Attorneys for Defendants
RONALD TUTOR; TUTOR-SALIBA CORP.;
TUTOR-SALIBA PERINI & BUCKLEY, J.V.;
PERINI CORPORATION; BUCKLEY &
COMPANY, INC.

| | | |
|---|---|---|
| 1 | DATED:  September 13, 2005 | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| 2 | | By: _____/s/_____ |
| 3 | | David C. Veis |
| 4 | | Attorneys for Defendants<br>AMERICAN HOME INSURANCE COMPANY; |
| 5 | | FIDELITY AND DEPOSIT COMPANY OF<br>MARYLAND; SWISS REINSURANCE |
| 6 | | AMERICAN CORPORATION; AETNA<br>CASUALTY AND SURETY COMPANY |

9  IT IS SO ORDERED.

10      9/19/05`
    Dated: _____     /s/  CLAUDIA WILKEN
11                                    _____
                                      Honorable Claudia Wilken
12                                    U.S. District Court Judge

STIPULATION AND PROPOSED ORDER          1                    17355\828826.1
SELECTING ADR PROCESS