Hon. Daniel M. Hanlon
JAMS Inc.
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
(415) 774-2649
(415) 982-5267 (fax)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and a political subdivision of the State of California and DENNIS J. HERRERA, City Attorney for San Francisco, on behalf of the PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>TUTOR-SALIBA CORPORATION; a California corporation; TUTOR-SALIBA PERINI & BUCKLEY, J.V., a California joint venture; PERINI CORPORATION, a Massachusetts corporation; BUCKLEY & COMPANY INC., a Pennsylvania corporation; AMERICAN HOME INSURANCE COMPANY, a New York corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; SWISS REINSURANCE AMERICA CORPORATION, a New York corporation; and THE AETNA CASUALTY AND SURETY COMPANY, a Connecticut corporation, RONALD TUTOR, an individual.<br><br>Defendants. | Case No. C 02 5286 CW (EMC)<br><br>**ORDER RESCINDING SPECIAL MASTER'S ORDER OF SEPTEMBER 15, 2005**<br><br>(Docket No. 739) |

The Order issued by the Special Master purporting to deny Defendants' Motion to Serve Additional Interrogatories issued September 15, 2005, (Docket No. 739) is hereby ordered rescinded. Said Order was issued by mistake and inadvertence. The Special Master

- 1 -

1  reaffirms his Order of July 7, 2005, which expressly granted Defendants' Motion (Docket No. 690.)

**IT IS SO ORDERED.**

Dated:   September 20, 2005

*[signature]*
Hon. Daniel M. Hanlon (Ret.)
Special Master

- 2 -

ORDER RESCINDING SPECIAL MASTER'S
ORDER OF SEPTEMBER 15, 2005