UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TUTOR-SALIBA CORPORATION, *et al.*, <br><br> Defendants. _____/ | No. C-02-5286 CW (EMC) <br><br> **ORDER DENYING PLAINTIFFS' REQUEST FOR STAY** |

By letter brief dated November 23, 2005, Plaintiffs requested a stay on briefing and argument on Defendants' Objections, filed November 17, 2005, to Orders of the Special Master until the Special Master's ruling on Plaintiffs' request for reconsideration. By letter brief dated November 28, 2005, Defendants objected to Plaintiffs' request for a stay.

Aside from asserting broad concerns for judicial economy, Plaintiffs have not shown good cause for the issuance of a stay. Therefore, it is hereby ordered that Plaintiffs' request for a stay is DENIED. It is further ordered that the date by which Plaintiffs must file a response to Defendant's Objections is continued to December 8, 2005.

IT IS SO ORDERED.

Dated: December 2, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge