UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TUTOR-SALIBA CORPORATION, *et al.*, <br><br> Defendants. <br> _____/ | No. C-02-5286 CW (EMC) <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE OBJECTION** <br><br> (Docket no. 896) |

On January 31, 2006, the Tutor Defendants filed an administrative motion to enlarge time to file an objection to the Special Master's January 23, 2006, order regarding Plaintiffs' motion to compel documents withheld by Tutor Saliba as privileged. Defendants propose an extension of time to allow them to file an objection within ten (10) days of Justice Hanlon's forthcoming order on the Tutor Defendants' motion for clarification of the January 23 order. Plaintiffs timely filed an objection to Defendants' motion to enlarge time, citing further delay of production of documents.

With Defendants' motion for clarification pending before Justice Hanlon and in the interest of judicial economy, it is hereby ordered that Defendants' motion for extension of time is GRANTED.

IT IS SO ORDERED.

Dated: February 3, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge