Hon. Daniel M. Hanlon (Ret.)
JAMS
Two Embarcadero Center
Suite 1100
San Francisco CA, 94111
Phone 415-982-5267
Fax 415-982-5287

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and a political subdivision of the State of California and DENNIS J. HERRERA, City Attorney for San Francisco, on behalf of the PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>TUTOR-SALIBA CORPORATION; a California corporation; TUTOR-SALIBA PERINI & BUCKLEY, J.V., a California joint venture; PERINI CORPORATION, a Massachusetts corporation; BUCKLEY & COMPANY INC., a Pennsylvania corporation; AMERICAN HOME INSURANCE COMPANY, a New York corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; SWISS REINSURANCE AMERICA CORPORATION, a New York corporation; THE AETNA CASUALTY AND SURETY COMPANY, a Connecticut corporation; and RONALD N. TUTOR,<br><br>Defendants. | **Case No. C 02 5286 CW (EMC)**<br>**JAMS Reference No. 1100042979**<br><br>**ORDER DENYING FURTHER CLARIFICATION OR HEARING ON PLAINTIFFS; MOTION TO COMPEL DOCUMENTS WITHHELD AS PRIVILEGED** |

ORDER DENYING FURTHER CLARIFICATION OR HEARING ON PLAINTIFFS; MOTION TO COMPEL   1
DOCUMENTS WITHHELD AS PRIVILEGED

On January 23rd, 2006 the Special magistrate entered an Order Regarding Plaintiffs Motion to Compel Documents Withheld by Tutor-Saliba as Privileged. The Order was directed to the subject matter of the motion, to wit: the eleven privilege logs of Tutor-Saliba. The Special Master intended that the scope of the order be directed to said eleven privilege logs. Defendant Tutor-Saliba carved out no specific exceptions to any of the documents in the privilege log as discussed in the Special Master's decision. Therefore, as framed by the Motion and the papers submitted, the Order of the Special Master stands as submitted.

**IT IS SO ORDERED.**

February 10, 2006

*Daniel M. Hanlon*
Hon. Daniel M. Hanlon, (Ret.)
Special Master