Hon. Daniel M. Hanlon (Ret.)
JAMS
Two Embarcadero Center
Suite 1100
San Francisco CA, 94111
Phone 415-982-5267
Fax 415-982-5287

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and a political subdivision of the State of California and DENNIS J. HERRERA, City Attorney for San Francisco, on behalf of the PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>TUTOR-SALIBA CORPORATION; a California corporation; TUTOR-SALIBA PERINI & BUCKLEY, J.V., a California joint venture; PERINI CORPORATION, a Massachusetts corporation; BUCKLEY & COMPANY INC., a Pennsylvania corporation; AMERICAN HOME INSURANCE COMPANY, a New York corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; SWISS REINSURANCE AMERICA CORPORATION, a New York corporation; THE AETNA CASUALTY AND SURETY COMPANY, a Connecticut corporation; and RONALD N. TUTOR,<br><br>Defendants. | **Case No. C 02 5286 CW (EMC)**<br>**JAMS Reference No. 1100042979**<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF SPECIAL MASTER'S ORDER OF FEBRUARY 10, 2006.** |

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF SPECIAL MASTER'S ORDER OF FEBRUARY 10, 2006.

1

The Tutor-Saliba Defendants have sought reconsideration by the Special Master of the February 10, 2006 Order Regarding Plaintiffs' Objections to Proposed Early Motions for Summary Judgment. The Special Master has read and considered the letter briefs of February 13, 2006. The Special Master does not find new or changed circumstances to justify the reconsideration of the Motion specifically focused and limited to its overhead billing claims related to the Boarding Area G Contract. The Motion for Reconsideration is hereby Denied.

**IT IS SO ORDERED.**

February _16_, 2006

_____
HON. DANIEL M. HANLON (Ret.)
Special Master