DOUGLAS R. YOUNG, State Bar #073248
ALAN E. HARRIS, State Bar #046401
KAREN KIMMEY, State Bar # 173284
STEPHANIE POWERS SKAFF, State Bar #183119
VICTORIA GRAND, State Bar #228532
Farella Braun + Martel LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4495
Facsimile:  (415) 954-4480
E-Mail:    sskaff@fbm.com

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
OWEN CLEMENTS, State Bar #141805
KRISTINE A. POPLAWSKI, State Bar #160758
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3859
Facsimile:   (415) 554-3837
E-Mail:      gayle.gribble@sfgov.org

Attorneys for Plaintiffs
DENNIS J. HERRERA and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and a political subdivision of the State of California, et al.,<br><br>Plaintiffs,<br>vs.<br><br>TUTOR-SALIBA CORPORATION; a California corporation; et al.<br><br>Defendants. | Case No. C02 5286 CW (EMC)<br><br>**ORDER GRANTING STIPULATION REGARDING SETTLEMENT** |

STIPULATION AND PROPOSED ORDER
REGARDING SETTLEMENT

17355\881614.1

1   The parties have reached a settlement of this action. Pending consummation of the
2   settlement, the Parties hereby stipulate and agree that all pending dates now set in this action shall
3   be stayed.
4   Concurrence in filing this document was obtained from Nomi L. Castle and David C. Veis
5   in compliance with General Order No. 45, Section X.

| | |
|---|---|
| DATED: February 23, 2006 | DENNIS J. HERRERA<br>City Attorney<br>THERESE M. STEWART<br>Chief Deputy City Attorney<br>JOANNE HOEPER<br>Chief Trial Deputy<br>KRISTINE POPLAWSKI<br>Deputy City Attorney<br><br>By: /s/<br>    Therese M. Stewart<br>    Chief Deputy City Attorney<br><br>Attorneys for Plaintiffs<br>CITY AND COUNTY OF SAN FRANCISCO and<br>DENNIS J. HERRERA |
| DATED: February 23, 2006 | FARELLA BRAUN & MARTEL LLP<br><br>By: /s/<br>    Stephanie P. Skaff<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO |
| DATED: February 23, 2006 | CASTLE & ASSOCIATES<br><br>By: /s/<br>    Nomi L. Castle<br><br>Attorneys for Defendants<br>RONALD TUTOR; TUTOR-SALIBA CORP.;<br>TUTOR-SALIBA PERINI & BUCKLEY, J.V.;<br>PERINI CORPORATION; BUCKLEY &<br>COMPANY, INC. |

| | | |
|---|---|---|
| 1 | DATED: February 23, 2006 | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| 2 | | By: /s/ |
| | | David C. Veis |
| 3 | | |
| 4 | | Attorneys for Defendants |
| | | AMERICAN HOME INSURANCE COMPANY; |
| | | FIDELITY AND DEPOSIT COMPANY OF |
| 5 | | MARYLAND; SWISS REINSURANCE |
| | | AMERICAN CORPORATION; AETNA |
| 6 | | CASUALTY AND SURETY COMPANY |

**IT IS SO ORDERED.  A further Case Management Conference will be held on May 19, 2006, at 1:30 p.m.  Defendants' motions for summary judgment are denied without prejudice.**

Dated: 2/23/06                         /s/ CLAUDIA WILKEN
                                       Honorable Claudia Wilken
                                       U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER REGARDING SETTLEMENT     1     17355\881614.1