DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
KRISTINE A. POPLAWSKI, State Bar #160758
RAFAL OFIERSKI, State Bar #194798
1390 Market Street, 6th Floor
San Francisco, CA  94102-5408
Telephone:  (415) 554-3859
Facsimile:  (415) 554-3837
E-mail:  kristine.poplawski@sfgov.org

Attorneys for Plaintiffs
DENNIS J. HERRERA and
CITY AND COUNTY OF SAN FRANCISCO

DOUGLAS R. YOUNG, State Bar #073248
ALAN E. HARRIS, State Bar #046401
KAREN P. KIMMEY, State Bar #173284
STEPHANIE POWERS SKAFF, State Bar #18311
JESSICA K. NALL, State Bar #215149
VICTORIA GRAND, State Bar #228532
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:     (415) 954-4495
Facsimile:     (415) 954-4480
E-Mail:        sskaff@fbm.com

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and a political subdivision of the State of California; et. al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>TUTOR-SALIBA CORPORATION, a California corporation; et al.,<br><br>   Defendants. | Case No. C-02-5286-CW<br><br>**STIPULATION AND ORDER RE DISMISSAL OF COMPLAINT AND COUNTERCLAIM** |

## STIPULATION AND ORDER

Plaintiffs, the Tutor Defendants, and the Surety Defendants (collectively referred to as "the Parties"), through their respective counsel of record, hereby stipulate that, pursuant to the attached Settlement Agreement and Release, which has been executed and finally approved by the parties hereto and all of the necessary governing bodies, the Third Amended Complaint filed by Plaintiffs herein against the Tutor Defendants and the Surety Defendants and the Cross-Complaint filed by the Tutor Defendants herein against Plaintiffs are hereby dismissed with prejudice. The Parties further stipulate that this Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement and Release, which are incorporated herein by reference, upon motion brought by the Parties or any of them.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

On behalf of Defendants Ronald N. Tutor, Tutor-Saliba Corporation, Tutor-Saliba Perini & Buckley, J.V., Perini Corporation, Buckley & Company, Inc.,

NOMI L. CASTLE
DAVID ROMYN
ROBERT NIDA
CASTLE & ASSOCIATES

By: _____/s/_____
      Nomi L. Castle

Dated: 4/5/2006

On behalf of Defendants American Home Insurance Company, Fidelity And Deposit Company of Maryland, Swiss Reinsurance America Corporation, and The Aetna Casualty And Surety Company

DAVID C. VEIS
ROBINS, KAPLAN, MILLER & CIRESI LLP

By: _____/s/_____
      David C. Veis

Dated: 4/6/2006

On behalf of Plaintiffs City and County of San Francisco and Dennis J. Herrera on behalf of the People of the State of California

DOUGLAS R. YOUNG
ALAN E. HARRIS
KAREN P. KIMMEY
STEPHANIE POWERS SKAFF
JESSICA K. NALL
VICTORIA GRAND
FARELLA BRAUN + MARTEL LLP

DENNIS J. HERRERA
City Attorney
THERESE M. STEWART
Chief Deputy City Attorney
OWEN J. CLEMENTS
Chief of Special Litigation
KRISTINE A. POPLAWSKI
RAFAL OFIERSKI
Deputy City Attorneys

By: _____/s/_____
      Therese M. Stewart

Dated: _4/6/2006

**IT IS SO ORDERED.**

              **4/18/06**                                     **/s/  CLAUDIA WILKEN**

Dated:_____            _____

                                                              District Court Judge